IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In re:      United States v. James Keener
Criminal No. 1:20CR29 (AUSA David J. Perri)
Clarksburg, West Virginia
March 10, 2021 – 10:30 AM

PETITION OF THE UNITED STATES OF AMERICA FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:      THE HONORABLE MICHAEL J. ALOI, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Your petitioner, the United States of America by Randolph J. Bernard, Acting United States Attorney for the Northern Judicial District of West Virginia, respectfully shows that **JAMES KEENER** is presently confined in the **DENMAR CORRECTIONAL CENTER**, and is in the custody of the Director of said institution, at said place.

It is desired that said defendant be produced for a hearing via video before the bar of this Court in Clarksburg, West Virginia, on March 10, 2021, at 10:30 AM for a Sentencing Hearing in the above-captioned case.

THEREFORE, your petitioner prays that said Court will cause to be issued a Writ of Habeas Corpus ad Prosequendum to the United States Marshal, Northern District of West Virginia, to produce the body of said **JAMES KEENER** via video before the bar of this Court in Clarksburg, West Virginia, on March 10, 2021, at 10:30 AM, to appear for a hearing via video as aforesaid and as in duty bound your petitioner will ever pray, etc.

UNITED STATES OF AMERICA

/s/ Randolph J. Bernard
Randolph J. Bernard
Acting United States Attorney